IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANDREW DOE**                                                                                    **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.: 3:18-CV-138-DPJ-FKB**

**THE UNIVERSITY OF MISSISSIPPI, ET AL.**                              **DEFENDANTS**

### ORDER GRANTING AGREED MOTION
### TO FILE SUPPLEMENTAL BRIEFING

Before the Court is an agreed motion of the parties seeking leave to file supplemental briefing relating to the Defendants' pending Motion to Dismiss [33].  As set forth in the motion, the basis for the request is so the parties may address legal developments that have arisen since the filing of the original motion and response.  As the motion is agreed to by the parties and the parties seek no more than eight additional pages per side for supplemental briefing purposes, the Court will allow such briefing.

Accordingly, this Court GRANTS the parties' agreed motion for leave to file supplemental briefing relating to the Defendants' Motion to Dismiss [ 33].   The Plaintiff is permitted until Tuesday, November 20, 2018, to file additional briefing in response to the pending Motion to Dismiss, and the Defendants are permitted until December 4, 2018, to submit a rebuttal.   The supplemental briefing of all parties may not exceed eight (8) pages in length.

**SO ORDERED AND ADJUDGED** this the 16th day of November, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

s/ *Michelle T. High*
Michelle T. High (MSB #100663)
mhigh@pbhfirm.com
Pettis, Barfield & Hester, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
P.O. Box 16089
Jackson, Mississippi 39236-6089
Telephone: 601-987-5300
Facsimile: 601-987-5353