IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANDREW DOE**                                                                          **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 3:18-CV-138-DPJ-FKB**

**STATE OF MISSISSIPPI; THE UNIVERSITY OF
MISSISSIPPI; STATE INSTITUTIONS OF HIGHER
LEARNING ("IHL"), ET AL.**                                     **DEFENDANTS**

**DEFENDANTS' MOTION FOR ORAL ARGUMENT**

Pursuant to Local Rule 7(b)(6)(A), Defendants State of Mississippi; The University of Mississippi; State Institutions of Higher Learning ("IHL"); The Board of Trustees of State Institutions of Higher Learning; C.D. Smith, Jr.; Shane Hooper; Tom Duff; Dr. Ford Dye; Ann H. Lamar; Dr. Alfred E. McNair, Jr.; Chip Morgan; Hal Parker; Alan W. Perry; Christy Pickering; Dr. Doug Rouse; Dr. J. Walt Starr; Glenn F. Boyce; Jeffrey S. Vitter; Tracy Murry; and Honey Ussery (collectively, "Defendants"), reserving all rights and defenses available to them, request that this Court set oral argument for Defendants' Motion to Dismiss. In support, Defendants state:

1. Defendants filed their Motion to Dismiss [Doc. 33] on June 12, 2018.

2. The Court granted the parties' request for supplemental briefing to address subsequently issued authority on November 16, 2018.

3. The parties have each filed supplemental briefing, and Defendants' Motion to Dismiss is now fully-ripe.

4. In light of the developing legal issues raised by Defendants' Motion, as well as the significant policy implications at issue, Defendants believe that oral argument on the pending Motion to Dismiss would be beneficial for both the parties and the Court.

FOR THESE REASONS, Defendants respectfully request that this Court set Defendants' Motion to Dismiss [Doc. 33] for oral argument.

THIS, the 12th day of December, 2018.

Respectfully submitted,

**STATE OF MISSISSIPPI; THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING ("IHL"); THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; C.D. SMITH, JR.; SHANE HOOPER; TOM DUFF; DR. FORD DYE; ANN H. LAMAR; DR. ALFRED E. MCNAIR, JR.; CHIP MORGAN; HAL PARKER; ALAN W. PERRY; CHRISTY PICKERING; DR. DOUG ROUSE; DR. J. WALT STARR; GLENN F. BOYCE; JEFFREY S. VITTER; TRACY MURRY; HONEY USSERY**

*/s/ J. Andrew Mauldin*
J. CAL MAYO, JR. (MB NO. 8492)
PAUL B. WATKINS, JR. (MB NO. 102348)
J. ANDREW MAULDIN (MB NO. 104227)
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com
dmauldin@mayomallette.com

2