**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ANDREW DOE**                                                                                **PLAINTIFF**

**V.**                           **CIVIL ACTION NO. 3:18-CV-138-DPJ-FKB**

**STATE OF MISSISSIPPI; THE UNIVERSITY OF
MISSISSIPPI; STATE INSTITUTIONS OF HIGHER
LEARNING ("IHL"), ET AL.**                                   **DEFENDANTS**

**NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM**

Notice is hereby given, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, that Defendants, through counsel, have this date issued a subpoena duces tecum to Jonathan Masters, Holcomb Dunbar, 400 Enterprise Drive, Oxford, Mississippi, pursuant to Rule 45(a)(3) of the Federal Rules of Civil Procedure. (Subpoena attached hereto as Ex. "1").

THIS, the 30th day of April, 2019.

                                            Respectfully submitted,

                                            **STATE OF MISSISSIPPI; THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING ("IHL"); THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; C.D. SMITH, JR.; SHANE HOOPER; TOM DUFF; DR. FORD DYE; ANN H. LAMAR; DR. ALFRED E. MCNAIR, JR.; CHIP MORGAN; HAL PARKER; ALAN W. PERRY; CHRISTY PICKERING; DR. DOUG ROUSE; DR. J. WALT STARR; GLENN F. BOYCE; JEFFREY S. VITTER**

                                          */s/ J. Andrew Mauldin*
                                          J. CAL MAYO, JR. (MB NO. 8492)
                                          PAUL B. WATKINS, JR. (MB NO. 102348)
                                          J. ANDREW MAULDIN (MB NO. 104227)
                                          ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

Mayo Mallette Pllc
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com
dmauldin@mayomallette.com