IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| **ANDREW DOE** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO.: 3:18cv138 DPJ-FKB** |
| **THE UNIVERSITY OF MISSISSIPPI, ET AL** | **DEFENDANTS** |

### NOTICE OF CONVENTIONAL FILING

**NOW COMES** Plaintiff, Andrew Doe, by and through his undersigned counsel of record, and states that he has conventionally filed Exhibit 15 to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, a CD with audio recording of Mississippi Public Broadcasting's Interview with Honey Ussery. This CD is being filed conventionally with the Clerk of Court, and a copy is being served on all parties of record.

Respectfully submitted this the 8th day of July, 2020.

ANDREW DOE,
PLAINTIFF

By: /s/ Michelle T. High
Michelle T. High

Lawson Hester (MS Bar No. 2394)
lhester@manierherod.com
MANIER & HEROD, P.C.
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
Telephone No. (615) 244-0030

Michelle T. High (MS Bar No. 100663)
mhigh@bpislaw.com
Biggs, Pettis, Ingram & Solop, PLLC
111 E. Capitol St., Suite 101
Jackson, Mississippi 39201
Telephone No. (601) 987-5313

1

## CERTIFICATE OF SERVICE

I, Michelle T. High, hereby certify that I have this day filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Mississippi via CONVENTIONAL FILING. A true and correct copy of this pleading is being provided to the following counsel of record through the Court's ECF notification system:

J. Cal Mayo, Jr.
cmayo@mayomallette.com
Paul B. Watkins, Jr.
pwatkins@mayomallette.com
J. Andrew Mauldin
dmauldin@mayomallette.com
Mayo Mallette PLLC
**COUNSEL FOR DEFENDANTS**

SO CERTIFIED, this the 8th day of July, 2020.

*/s/ Michelle T. High*
Michelle T. High