UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANDREW DOE                                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:18-cv-138-DPJ-FKB

THE UNIVERSITY OF MISSISSIPPI, ET AL.                                         DEFENDANTS

ORDER STAYING CASE

As discussed with the parties on February 4, 2021, this case is hereby stayed until further order of the Court.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE