## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

ANDREW DOE                                                                    PLAINTIFF

V.                                              CIVIL ACTION NO.: 3:18cv138 DPJ -FKB

THE UNIVERSITY OF MISSISSIPPI, ET AL                          DEFENDANTS

### MOTION FOR WITHDRAWAL OF ATTORNEY

Comes now, David A. Barfield, of the firm Biggs, Ingram & Solop, PLLC, counsel of record for Plaintiff, Andrew Doe, and moves the Court to allow his withdrawal as counsel of record for said Andrew Doe.  J. Lawson Hester, of the firm Sumrell Sugg, P.A., will remain as lead counsel for Plaintiff, Andrew Doe.  Michelle T. High, of the firm Biggs, Ingram & Solop, PLLC, will remain as additional counsel of record for Plaintiff, Andrew Doe.  The withdrawal will not cause any delay in this proceeding.

Respectfully submitted this 29th day of November, 2022.

ANDREW DOE,
PLAINTIFF

By: */s/ David A. Barfield*
      David A. Barfield

Michelle T. High (MS Bar No. 100663)
mhigh@bislawyers.com
David A. Barfield (MS Bar No. 1994)
dbarfield@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
111 East Capitol Street, Suite 101
Post Office Box 14028
Jackson, MS 39236-4028
Tel:    601.713-1192

J. Lawson Hester (MS Bar No. 2394)
lhester@nclawyers.com
Sumrell Sugg, P.A.
416 Pollock Street (28560)
P.O. Drawer 889
New Bern, North Carolina  28563
Telephone: (252) 633-3131 | (800) 272-8369

## CERTIFICATE OF SERVICE

I, David A. Barfield, hereby certify that I have this day filed the foregoing document electronically with the U.S. District Court, Southern District of Mississippi Clerk of Court's PACER/ECF system which gives electronic notice to the following:

J. Cal Mayo, Jr.
cmayo@mayomallette.com
Paul B. Watkins, Jr.
pwatkins@mayomallette.com
J. Andrew Mauldin
dmauldin@mayomallette.com
Mayo Mallette PLLC
P.O. Box 1456
Oxford, Mississippi 38655
**COUNSEL FOR DEFENDANTS**

SO CERTIFIED, this the 29th day of November, 2022.

/s/  David A. Barfield
David A. Barfield