IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANDREW DOE                                                                                         PLAINTIFF

V.                                                                         CIVIL ACTION NO.: 3:18cv138 DPJ -FKB

THE UNIVERSITY OF MISSISSIPPI, ET AL                                                  DEFENDANTS

## MOTION TO LIFT STAY

COMES NOW, Plaintiff Andrew Doe, by and through his undersigned counsel, and respectfully requests the Court lift the stay in this matter. In support of this motion, the Plaintiff would show as follows:

1. On February 8, 2021, the Court entered a stay in this matter. Two years have passed since the entry of the Stay and the case has not resolved.

2. In light of the foregoing, the Plaintiff respectfully moves the Court to lift the Stay and schedule a Case Management Conference to reinstate litigation deadlines.

3. This request is not made to cause delay and will not cause prejudice to any party.

4. Because of the simple and self-explanatory nature of the instant motion, the Plaintiff requests that he be relieved of the obligation to submit a supporting memorandum of authorities.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Andrew Doe moves this Court to grant his motion and lift the existing stay of proceedings in this matter.

RESPECTFULLY SUBMITTED, this, the 15th day of February, 2023.

                                                                          ANDREW DOE,
                                                                          PLAINTIFF

                                                                     By: /s/  Michelle T. High
                                                                             Michelle T. High

J. Lawson Hester (MSB # 2394)
Sumrell Sugg
416 Pollock Steet
P.O. Drawer 889
New Bern, North Carolina 28563
lhester@nclawyers.com

Michelle T. High (MSB #100663)
WEISBROD MATTEIS & COPLEY, PLLC
1022 Highland Colony Parkway, Suite 203
Ridgeland, Mississippi 39157
Telephone: 601.803.5002
mhigh@wmclaw.com