IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANDREW DOE**                                                                                                  **PLAINTIFF**

**V.**                       **CIVIL ACTION NO. 3:18-CV-138-DPJ-FKB**

**STATE OF MISSISSIPPI; THE UNIVERSITY OF
MISSISSIPPI; STATE INSTITUTIONS OF HIGHER
LEARNING ("IHL"), ET AL.**                                       **DEFENDANTS**

### DEFENDANTS' REBUTTAL SUPPORT OF THEIR SUPPLEMENTAL SUMMARY JUDGMENT BRIEF

Defendants have already addressed the relevant authorities and Plaintiff's arguments in their Supplemental Brief [Doc. 230] and their Response to Plaintiff's Supplemental Brief [Doc. 232]. Defendants stand on their prior arguments and incorporate them by reference into this rebuttal.

Dated June 23, 2023.

                                                  Respectfully submitted,

                                                  STATE OF MISSISSIPPI; THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING ("IHL"); THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; C.D. SMITH, JR.; SHANE HOOPER; TOM DUFF; DR. FORD DYE; ANN H. LAMAR; DR. ALFRED E. MCNAIR, JR.; CHIP MORGAN; HAL PARKER; ALAN W. PERRY; CHRISTY PICKERING; DR. DOUG ROUSE; DR. J. WALT STARR; GLENN F. BOYCE; JEFFREY S. VITTER

                                                  */s/ Paul B. Watkins, Jr.*
                                                J. CAL MAYO, JR. (MB NO. 8492)
                                                PAUL B. WATKINS, JR. (MB NO. 102348)
                                                J. ANDREW MAULDIN (MB NO. 104227)
                                                ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
*cmayo@mayomallette.com*
*pwatkins@mayomallette.com*
*dmauldin@mayomallette.com*