# EXHIBIT 1



LaPorte, APAC
111 Veterans Blvd. | Suite 600
Metairie, LA 70005
504.835.5522 | Fax 504.835.5535
LaPorte.com

**Andrew Doe**

**vs.**

**State of Mississippi, et al.**

**United States District Court**
**Southern District of Mississippi, Northern Division**

**Civil Action No. 3:18cv138 DPJ-FKB**

**Economic Loss Report**

**Supplemental Expert Report of Holly Sharp, CPA, CFE, CFF**

**November 22, 2023**

**©LaPorte, APAC, 2023,** *All Rights Reserved.*

LOUISIANA • TEXAS

An Independently Owned Member, RSM US Alliance
RSM US Alliance member firms are separate and independent businesses and legal entities
that are responsible for their own acts and omissions, and each is separate and independent
from RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of
independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM
International resources through RSM US LLP but are not member firms of RSM International.

**Table of Contents**

OVERVIEW ............................................................................................................... 3

QUALIFICATIONS ..................................................................................................... 3

SUMMARY OF FINDINGS .......................................................................................... 4

BACKGROUND UNDERSTANDING ............................................................................. 5

DOCUMENTS CONSIDERED ...................................................................................... 5

ASSUMPTIONS ......................................................................................................... 6

    LOST EARNINGS ................................................................................................. 7

    REPLACEMENT EARNINGS .................................................................................. 7

    GROWTH RATE ................................................................................................... 8

    WORK-LIFE EXPECTANCY .................................................................................. 8

    DISCOUNT RATE ................................................................................................ 9

    TAXES ............................................................................................................... 9

CONCLUSION ........................................................................................................ 10



## OVERVIEW

I was initially engaged by the firm of Pettis, Barfield & Hester, P.A. and its client, Andrew Doe (Andrew Doe is a pseudonym for the plaintiff), to review certain records and documents pertaining to the litigation "Andrew Doe vs. State of Mississippi, et al." and render my professional opinion with respect to the following:

> ➢ What is the economic loss to Andrew Doe resulting from his suspension by the University of Mississippi which was effective April 3, 2017?

I am supplementing my report dated May 28, 2019 based on the receipt of the following additional information:

1. Report of Nancy T. Favaloro, MS, CRC dated November 20, 2023;
2. Offer of Employment dated March 13, 2023 (redacted);
3. Pay Statements for pay period ending April 16, 2023 (redacted):
4. Pay Statement for pay period ending October 15, 2023 (redacted).

## QUALIFICATIONS

I am the Director of Consulting and a shareholder of LaPorte CPAs & Business Advisors. I also was employed as an adjunct professor/ lecturer of taxation at the A. B. Freeman School of Business, Tulane University from year 1999 to year 2022. I am a Certified Public Accountant ("CPA"), Certified Fraud Examiner ("CFE"), and Certified in Financial Forensics ("CFF").

The opinions and analyses contained in this report are based upon my knowledge, experience and training as a CPA, CFE, and CFF. The methodologies that I have employed in undertaking my analysis are generally accepted in these fields.

I am a member of the AICPA Forensic & Litigation Services Damages Task Force and a frequent speaker at the annual AICPA Forensic & Valuation Services Conference. I serve on the Technical Advisory Board for the AICPA Forensic and Valuation Service Consulting Digest. I have authored several AICPA publications on damage calculations involving individuals.

I am being compensated for my services at an hourly rate of $425. My curriculum vitae with Rule 26 disclosures is provided in Appendix A.



## SUMMARY OF FINDINGS

The economic loss is calculated based upon past losses and future losses.  The past loss is the lost income to the plaintiff because of the incident, from the incident date to trial date.  The future loss is the present value of lost income to the plaintiff because of the incident, from trial date through the plaintiff's work-life expectancy.

The economic loss to Mr. Doe resulting from his suspension by the University of Mississippi effective April 3, 2017 is summarized in the following table:

| | Lost Earnings | | | |
| | Scenario One-A | Scenario Two-A | Scenario One-B | Scenario Two-B |
|---|---|---|---|---|
| Loss to July 15, 2024 (Past Loss) | $337,000 | $135,507 | $337,000 | $135,507 |
| Loss from July 15, 2024 (Present Value of Future Loss) | $1,009,373 | $1,008,661 | $1,198,495 | $1,197,784 |
| Total Economic Loss | $1,346,373 | $1,144,168 | $1,535,495 | $1,333,291 |



## BACKGROUND UNDERSTANDING

Mr. Doe was suspended from the University of Mississippi effective April 3, 2017. Mr. Doe's attendance at the University of Mississippi began in August 2015.  Had Mr. Doe not been suspended, he would have graduated from college on or around May 2019. Mr. Doe has not returned to college and has not received a college diploma.

Mr. Doe was born on December 5, 1995. The trial in this matter commences on July 15, 2024.

Mr. Doe received a job offer on March 13, 2023 for employment as a shipping manager at an annual salary of $45,000.  Mr. Doe accepted the job offer and began employment at an annual salary of $50,000 in April 2023. Mr. Doe was promoted at the end of August 2023 and his annual salary was raised to $70,000.

Mr. Doe alleges that he has sustained lost earnings as a result of his suspension from the University of Mississippi.

## DOCUMENTS CONSIDERED

In the course of my work, I considered the documents and publications listed in Appendix B.



## ASSUMPTIONS

1.  Mr. Doe's projected earnings are based on the following two scenarios:

    ➢ Scenario One: Mr. Doe would have graduated from college in May 2019, earning annual compensation of $80,000 for the first 2 years and $120,000 after 2 years had he not been suspended by the University of Mississippi effective April 3, 2017.
    ➢ Scenario Two: Mr. Doe would have graduated from college in May 2019 and also would have graduated from law school in May 2022, earning annual compensation of $122,844.80.

2.  Mr. Doe's replacement earnings are based upon the following two alternatives:

    ➢ Alternative A: Mr. Doe does not return to college, and begins work as of April 2023 earning an annual wage of $50,000, increased to $70,000 as of September 1, 2023, based on his actual earnings.
    ➢ Alternative B: Mr. Doe does not return to college and is capable of earning an annual wage of $62,460 as of the trial date, based on actual entry level labor market earnings for a retail sales consultant listed in the Favaloro Supplemental Report. Mr. Doe earns his actual earnings through the trial date.



## ANALYSIS

### LOST EARNINGS

Mr. Doe's projected earnings are based on the following two scenarios:

➢ Scenario One: Mr. Doe would have graduated from college in May 2019, earning annual compensation of $80,000 for the first 2 years and $120,000 after 2 years had he not been suspended by the University of Mississippi effective April 3, 2017.

➢ Scenario Two: Mr. Doe would have graduated from college in May 2019 and also would have graduated from law school in May 2022, earning annual compensation of $122,844.80.

### REPLACEMENT EARNINGS

Mr. Doe's replacement earnings are based upon the following two alternatives:

➢ Alternative A: Mr. Doe does not return to college, and begins work as of April 2023 earning an annual wage of $50,000, increased to $70,000 as of September 1, 2023, based on his actual earnings.

➢ Alternative B: Mr. Doe does not return to college and is capable of earning an annual wage of $62,460 as of the trial date, based on actual entry level labor market earnings for a retail sales consultant listed in the Favaloro Supplemental Report. Mr. Doe earns his actual earnings through the trial date.



## GROWTH RATE

Mr. Doe's lost earnings and replacement earnings are projected to increase at an average annual rate of 2.40 based on future inflation estimates of the Federal Reserve System of the U.S. Government.[1]

## WORK-LIFE EXPECTANCY

Work-life tables in "The Markov Process Model of Labor Force Activity:  Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors" by Gary Skoog, James Ciecka, and Kurt Krueger, Journal of Forensic Economics, August 2011, Vol. 22, No. 2, reflect a work-life as of May 2019 of 39.43 years for men active in the work force, the age of the plaintiff, and with a bachelor degree.[2]

---

[1] The Livingston Survey.
[2] Mr. Doe's work life of 39.43 years as of May 10, 2019 represents 34.25 years of  future loss, based on  future loss beginning on July 15, 2024.



## DISCOUNT RATE

The discount rate is based upon the rate of return available in U.S. Treasury Securities.  The discount rate is adjusted for federal income taxes to provide an after-tax discount rate.

## TAXES

Mr. Doe's lost earnings are presented on an after-tax basis. The following tax rates have been applied to Mr. Doe's projected lost earnings and projected replacement earnings:

|  | Lost Earnings Base | Replacement Earnings Base |
|---|---|---|
| Federal Income Tax | 16.84% | 12.43% |
| Payroll Tax on Income | 7.65% | 7.65% |
| State Income Tax | 4.53% | 4.19% |
| **Total Income Tax** | **29.02%** | **24.27%** |

## LOST EARNINGS

The lost earnings to Mr. Doe resulting from his suspension from the University of Mississippi effective April 3, 2017 is shown below and detailed in Schedules One through Four:

|  | Lost Earnings | | | |
|---|---|---|---|---|
|  | Scenario One-A | Scenario Two-A | Scenario One-B | Scenario Two-B |
| Loss to July 15, 2024 (Past Loss) | $337,000 | $135,507 | $337,000 | $135,507 |
| Loss from July 15, 2024 (Present Value of Future Loss) | $1,009,373 | $1,008,661 | $1,198,495 | $1,197,784 |
| Total Economic Loss | $1,346,373 | $1,144,168 | $1,535,495 | $1,333,291 |



## CONCLUSION

The economic loss is calculated based upon past losses and future losses.  The past loss is the lost income to the plaintiff because of the incident, from the incident date to trial date.  The future loss is the present value of lost income to the plaintiff because of the incident, from trial date through the plaintiff's work-life expectancy.

The economic loss to Mr. Doe resulting from suspension effective April 3, 2017  is summarized in the following table:

|  | Lost Earnings | | | |
|  | Scenario One-A | Scenario Two-A | Scenario One-B | Scenario Two-B |
|---|---|---|---|---|
| Loss to July 15, 2024 (Past Loss) | $337,000 | $135,507 | $337,000 | $135,507 |
| Loss from July 15, 2024 (Present Value of Future Loss) | $1,009,373 | $1,008,661 | $1,198,495 | $1,197,784 |
| Total Economic Loss | $1,346,373 | $1,144,168 | $1,535,495 | $1,333,291 |

**Appendix A, B and Schedules One through Four attached are a part of this report.**

* * * * * * * *

Holly Sharp, CPA, CFE, CFF

_November 22, 2023_____
Date



**Schedule One - Lost Earnings Scenario One-A**
**Projected earnings: as of May 2019, $80,000 for two years; increased to $120,000 after two years**
**Replacement earnings: $50,000 as of April 2023 increased to $70,000 as of September 1, 2023.**

| Year | Years from Suspension effective date | To/From Report | Projected Wages | Taxes for Projected Wages | Mitigating Wages | Taxes for Mitigatiing Wages | Lost Wages | Lost Value | Calculation Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 29.02% | | 24.27% | | 3.74% | 7/15/2024 |
| 4/3/2017 | 0.00 | (7.28) | | | | | | | |
| 12/31/2017 | 0.74 | (6.54) | - | - | - | - | - | | |
| 12/31/2018 | 1.74 | (5.54) | - | - | - | - | - | | |
| 5/10/2019 | 2.10 | (5.18) | - | - | - | - | - | | |
| 12/31/2019 | 2.74 | (4.54) | 51,200 | (14,858) | - | - | 36,342 | | |
| 12/31/2020 | 3.75 | (3.54) | 81,920 | (23,773) | - | - | 58,147 | | |
| 12/31/2021 | 4.74 | (2.54) | 106,437 | (30,888) | - | - | 75,549 | | |
| 12/31/2022 | 5.74 | (1.54) | 122,880 | (35,660) | - | - | 87,220 | | |
| 12/31/2023 | 6.74 | (0.54) | 125,829 | (36,516) | (44,356) | 12,872 | 57,830 | | |
| 7/15/2024 | 7.28 | - | 69,578 | (20,192) | (38,707) | 11,233 | 21,912 | | $ 337,000 |
| Future Loss discounted to present value as of July 15, 2024 | | | | | | | | | |
| 12/31/2024 | 7.75 | 0.46 | 59,271 | (17,200) | (32,973) | 8,003 | 17,100 | 16,813 | |
| 12/31/2025 | 8.75 | 1.46 | 131,941 | (38,289) | (73,400) | 17,814 | 38,066 | 36,078 | |
| 12/31/2026 | 9.75 | 2.46 | 135,108 | (39,208) | (75,162) | 18,242 | 38,980 | 35,611 | |
| 12/31/2027 | 10.75 | 3.46 | 138,351 | (40,149) | (76,966) | 18,680 | 39,915 | 35,151 | |
| 12/31/2028 | 11.75 | 4.46 | 141,671 | (41,113) | (78,813) | 19,128 | 40,873 | 34,696 | |
| 12/31/2029 | 12.75 | 5.46 | 145,071 | (42,100) | (80,705) | 19,587 | 41,854 | 34,247 | |
| 12/31/2030 | 13.75 | 6.46 | 148,553 | (43,110) | (82,641) | 20,057 | 42,859 | 33,804 | |
| 12/31/2031 | 14.75 | 7.46 | 152,118 | (44,145) | (84,625) | 20,539 | 43,887 | 33,367 | |
| 12/31/2032 | 15.75 | 8.46 | 155,769 | (45,204) | (86,656) | 21,032 | 44,941 | 32,935 | |
| 12/31/2033 | 16.75 | 9.46 | 159,507 | (46,289) | (88,736) | 21,536 | 46,019 | 32,509 | |
| 12/31/2034 | 17.75 | 10.46 | 163,336 | (47,400) | (90,865) | 22,053 | 47,124 | 32,088 | |
| 12/31/2035 | 18.75 | 11.46 | 167,256 | (48,537) | (93,046) | 22,582 | 48,255 | 31,673 | |
| 12/31/2036 | 19.75 | 12.46 | 171,270 | (49,702) | (95,279) | 23,124 | 49,413 | 31,263 | |
| 12/31/2037 | 20.75 | 13.46 | 175,380 | (50,895) | (97,566) | 23,679 | 50,599 | 30,859 | |
| 12/31/2038 | 21.75 | 14.46 | 179,589 | (52,117) | (99,907) | 24,248 | 51,813 | 30,460 | |
| 12/31/2039 | 22.75 | 15.46 | 183,899 | (53,368) | (102,305) | 24,830 | 53,057 | 30,066 | |
| 12/31/2040 | 23.75 | 16.46 | 188,313 | (54,648) | (104,760) | 25,426 | 54,330 | 29,677 | |
| 12/31/2041 | 24.75 | 17.46 | 192,833 | (55,960) | (107,275) | 26,036 | 55,634 | 29,293 | |
| 12/31/2042 | 25.75 | 18.46 | 197,461 | (57,303) | (109,849) | 26,661 | 56,969 | 28,914 | |
| 12/31/2043 | 26.75 | 19.46 | 202,200 | (58,678) | (112,486) | 27,301 | 58,336 | 28,540 | |
| 12/31/2044 | 27.75 | 20.46 | 207,052 | (60,086) | (115,185) | 27,956 | 59,736 | 28,170 | |
| 12/31/2045 | 28.75 | 21.46 | 212,022 | (61,529) | (117,950) | 28,627 | 61,170 | 27,806 | |
| 12/31/2046 | 29.75 | 22.46 | 217,110 | (63,005) | (120,781) | 29,314 | 62,638 | 27,446 | |
| 12/31/2047 | 30.75 | 23.46 | 222,321 | (64,517) | (123,679) | 30,017 | 64,141 | 27,091 | |
| 12/31/2048 | 31.75 | 24.46 | 227,657 | (66,066) | (126,648) | 30,738 | 65,681 | 26,741 | |
| 12/31/2049 | 32.75 | 25.46 | 233,120 | (67,651) | (129,687) | 31,475 | 67,257 | 26,395 | |
| 12/31/2050 | 33.75 | 26.46 | 238,715 | (69,275) | (132,800) | 32,231 | 68,871 | 26,053 | |
| 12/31/2051 | 34.75 | 27.46 | 244,444 | (70,938) | (135,987) | 33,004 | 70,524 | 25,716 | |
| 12/31/2052 | 35.75 | 28.46 | 250,311 | (72,640) | (139,251) | 33,796 | 72,217 | 25,383 | |
| 12/31/2053 | 36.75 | 29.46 | 256,318 | (74,383) | (142,593) | 34,608 | 73,950 | 25,055 | |
| 12/31/2054 | 37.75 | 30.46 | 262,470 | (76,169) | (146,015) | 35,438 | 75,725 | 24,731 | |
| 12/31/2055 | 38.75 | 31.46 | 268,769 | (77,997) | (149,519) | 36,289 | 77,542 | 24,411 | |
| 12/31/2056 | 39.75 | 32.46 | 275,220 | (79,869) | (153,108) | 37,160 | 79,403 | 24,095 | |
| 12/31/2057 | 40.75 | 33.46 | 281,825 | (81,785) | (156,782) | 38,051 | 81,309 | 23,783 | |
| 10/13/2058 | 41.53 | 34.25 | 225,099 | (65,324) | (125,225) | 30,392 | 64,943 | 18,453 | |
| | | | | | | | | $ 1,009,373 | |
| | | | | | | | | $ 1,346,373 | |



**Schedule Two - Lost Earnings Scenario Two-A**
**Projected earnings: as of May 2022, $122,844.80.**
**Replacement earnings: $50,000 as of April 2023 increased to $70,000 as of September 1, 2023.**

| Year | Years from Suspension effective date | To/From Report | Projected Wages | Taxes for Projected Wages | Mitigating Wages | Taxes for Mitigating Wages | Lost Wages | Lost Value | Calculation Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 29.02% | | 24.27% | | 3.74% | 7/15/2024 |
| 4/3/2017 | 0.00 | (7.28) | | | | | | | |
| 12/31/2017 | 0.74 | (6.54) | - | - | - | - | - | | |
| 12/31/2018 | 1.74 | (5.54) | - | - | - | - | - | | |
| 5/10/2019 | 2.10 | (5.18) | - | - | - | - | - | | |
| 12/31/2019 | 2.74 | (4.54) | - | - | - | - | - | | |
| 12/31/2020 | 3.75 | (3.54) | - | - | - | - | - | | |
| 12/31/2021 | 4.74 | (2.54) | - | - | - | - | - | | |
| 5/10/2022 | 5.10 | (2.18) | | | | | | | |
| 12/31/2022 | 5.74 | (1.54) | 78,621 | (22,816) | - | - | 55,805 | | |
| 12/31/2023 | 6.74 | (0.54) | 125,793 | (36,505) | (44,356) | 12,872 | 57,804 | | |
| 7/15/2024 | 7.28 | - | 69,559 | (20,186) | (30,707) | 11,233 | 21,898 | | $  135,507 |
| Future Loss discounted to present value as of July 15, 2024 | | | | | | | | | |
| 12/31/2024 | 7.75 | 0.46 | 59,254 | (17,195) | (32,973) | 8,003 | 17,088 | 16,802 | |
| 12/31/2025 | 8.75 | 1.46 | 131,904 | (38,278) | (73,400) | 17,814 | 38,039 | 36,053 | |
| 12/31/2026 | 9.75 | 2.46 | 135,069 | (39,197) | (75,162) | 18,242 | 38,952 | 35,586 | |
| 12/31/2027 | 10.75 | 3.46 | 138,311 | (40,138) | (76,966) | 18,680 | 39,887 | 35,126 | |
| 12/31/2028 | 11.75 | 4.46 | 141,630 | (41,101) | (78,813) | 19,128 | 40,844 | 34,671 | |
| 12/31/2029 | 12.75 | 5.46 | 145,030 | (42,087) | (80,705) | 19,587 | 41,825 | 34,223 | |
| 12/31/2030 | 13.75 | 6.46 | 148,510 | (43,098) | (82,641) | 20,057 | 42,829 | 33,780 | |
| 12/31/2031 | 14.75 | 7.46 | 152,074 | (44,132) | (84,625) | 20,539 | 43,856 | 33,343 | |
| 12/31/2032 | 15.75 | 8.46 | 155,724 | (45,191) | (86,656) | 21,032 | 44,909 | 32,912 | |
| 12/31/2033 | 16.75 | 9.46 | 159,462 | (46,276) | (88,736) | 21,536 | 45,987 | 32,486 | |
| 12/31/2034 | 17.75 | 10.46 | 163,289 | (47,386) | (90,865) | 22,053 | 47,090 | 32,066 | |
| 12/31/2035 | 18.75 | 11.46 | 167,208 | (48,524) | (93,046) | 22,582 | 48,221 | 31,651 | |
| 12/31/2036 | 19.75 | 12.46 | 171,221 | (49,688) | (95,279) | 23,124 | 49,378 | 31,241 | |
| 12/31/2037 | 20.75 | 13.46 | 175,330 | (50,881) | (97,566) | 23,679 | 50,563 | 30,837 | |
| 12/31/2038 | 21.75 | 14.46 | 179,538 | (52,102) | (99,907) | 24,248 | 51,777 | 30,438 | |
| 12/31/2039 | 22.75 | 15.46 | 183,847 | (53,352) | (102,305) | 24,830 | 53,019 | 30,044 | |
| 12/31/2040 | 23.75 | 16.46 | 188,259 | (54,633) | (104,760) | 25,426 | 54,292 | 29,656 | |
| 12/31/2041 | 24.75 | 17.46 | 192,777 | (55,944) | (107,275) | 26,036 | 55,595 | 29,272 | |
| 12/31/2042 | 25.75 | 18.46 | 197,404 | (57,287) | (109,849) | 26,661 | 56,929 | 28,893 | |
| 12/31/2043 | 26.75 | 19.46 | 202,142 | (58,661) | (112,486) | 27,301 | 58,295 | 28,520 | |
| 12/31/2044 | 27.75 | 20.46 | 206,993 | (60,069) | (115,185) | 27,956 | 59,694 | 28,151 | |
| 12/31/2045 | 28.75 | 21.46 | 211,961 | (61,511) | (117,950) | 28,627 | 61,127 | 27,786 | |
| 12/31/2046 | 29.75 | 22.46 | 217,048 | (62,987) | (120,781) | 29,314 | 62,594 | 27,427 | |
| 12/31/2047 | 30.75 | 23.46 | 222,257 | (64,499) | (123,679) | 30,017 | 64,096 | 27,072 | |
| 12/31/2048 | 31.75 | 24.46 | 227,591 | (66,047) | (126,648) | 30,738 | 65,635 | 26,722 | |
| 12/31/2049 | 32.75 | 25.46 | 233,053 | (67,632) | (129,687) | 31,475 | 67,210 | 26,376 | |
| 12/31/2050 | 33.75 | 26.46 | 238,647 | (69,255) | (132,800) | 32,231 | 68,823 | 26,035 | |
| 12/31/2051 | 34.75 | 27.46 | 244,374 | (70,917) | (135,987) | 33,004 | 70,475 | 25,698 | |
| 12/31/2052 | 35.75 | 28.46 | 250,239 | (72,619) | (139,251) | 33,796 | 72,166 | 25,366 | |
| 12/31/2053 | 36.75 | 29.46 | 256,245 | (74,362) | (142,593) | 34,608 | 73,898 | 25,037 | |
| 12/31/2054 | 37.75 | 30.46 | 262,395 | (76,147) | (146,015) | 35,438 | 75,671 | 24,713 | |
| 12/31/2055 | 38.75 | 31.46 | 268,692 | (77,974) | (149,519) | 36,289 | 77,488 | 24,394 | |
| 12/31/2056 | 39.75 | 32.46 | 275,141 | (79,846) | (153,108) | 37,160 | 79,347 | 24,078 | |
| 12/31/2057 | 40.75 | 33.46 | 281,744 | (81,762) | (156,782) | 38,051 | 81,252 | 23,767 | |
| 10/13/2058 | 41.53 | 34.25 | 225,035 | (65,305) | (125,225) | 30,392 | 64,897 | 18,440 | |
| | | | | | | | | | $  1,008,661 |
| | | | | | | | | | $  1,144,168 |



**Schedule Three - Lost Earnings Scenario One-B**
**Projected earnings: as of May 2019, $80,000 for two years; increased to $120,000 after two years**
**Replacement earnings: $50,000 as of April 2023 increased to $70,000 as of 9/1/23; $62,460 as of trial date.**

| Year | Years from Suspension effective date | To/From Report | Projected Wages | Taxes for Projected Wages | Mitigating Wages | Taxes for Mitigatiing Wages | Lost Wages | Lost Value | Calculation Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 29.02% | | 24.27% | | 3.74% | 7/15/2024 |
| 4/3/2017 | 0.00 | (7.28) | | | | | | | |
| 12/31/2017 | 0.74 | (6.54) | - | - | - | - | - | | |
| 12/31/2018 | 1.74 | (5.54) | - | - | - | - | - | | |
| 5/10/2019 | 2.10 | (5.18) | - | - | - | - | - | | |
| 12/31/2019 | 2.74 | (4.54) | 51,200 | (14,858) | - | - | 36,342 | | |
| 12/31/2020 | 3.75 | (3.54) | 81,920 | (23,773) | - | - | 58,147 | | |
| 12/31/2021 | 4.74 | (2.54) | 106,437 | (30,888) | - | - | 75,549 | | |
| 12/31/2022 | 5.74 | (1.54) | 122,880 | (35,660) | - | - | 87,220 | | |
| 12/31/2023 | 6.74 | (0.54) | 125,829 | (36,516) | (44,356) | 12,872 | 57,830 | | |
| 7/15/2024 | 7.28 | - | 69,578 | (20,192) | (38,707) | 11,233 | 21,912 | | $ 337,000 |
| Future Loss discounted to present value as of July 15, 2024 | | | | | | | | | |
| 12/31/2024 | 7.75 | 0.46 | 59,271 | (17,200) | (29,356) | 7,125 | 19,839 | 19,506 | |
| 12/31/2025 | 8.75 | 1.46 | 131,941 | (38,289) | (63,959) | 15,523 | 45,216 | 42,855 | |
| 12/31/2026 | 9.75 | 2.46 | 135,108 | (39,208) | (65,494) | 15,896 | 46,301 | 42,300 | |
| 12/31/2027 | 10.75 | 3.46 | 138,351 | (40,149) | (67,066) | 16,277 | 47,412 | 41,753 | |
| 12/31/2028 | 11.75 | 4.46 | 141,671 | (41,113) | (68,675) | 16,668 | 48,550 | 41,213 | |
| 12/31/2029 | 12.75 | 5.46 | 145,071 | (42,100) | (70,324) | 17,068 | 49,716 | 40,680 | |
| 12/31/2030 | 13.75 | 6.46 | 148,553 | (43,110) | (72,011) | 17,477 | 50,909 | 40,153 | |
| 12/31/2031 | 14.75 | 7.46 | 152,118 | (44,145) | (73,740) | 17,897 | 52,131 | 39,634 | |
| 12/31/2032 | 15.75 | 8.46 | 155,769 | (45,204) | (75,510) | 18,326 | 53,382 | 39,121 | |
| 12/31/2033 | 16.75 | 9.46 | 159,507 | (46,289) | (77,322) | 18,766 | 54,663 | 38,615 | |
| 12/31/2034 | 17.75 | 10.46 | 163,336 | (47,400) | (79,177) | 19,217 | 55,975 | 38,115 | |
| 12/31/2035 | 18.75 | 11.46 | 167,256 | (48,537) | (81,078) | 19,678 | 57,318 | 37,622 | |
| 12/31/2036 | 19.75 | 12.46 | 171,270 | (49,702) | (83,024) | 20,150 | 58,694 | 37,135 | |
| 12/31/2037 | 20.75 | 13.46 | 175,380 | (50,895) | (85,016) | 20,634 | 60,102 | 36,655 | |
| 12/31/2038 | 21.75 | 14.46 | 179,589 | (52,117) | (87,057) | 21,129 | 61,545 | 36,181 | |
| 12/31/2039 | 22.75 | 15.46 | 183,899 | (53,368) | (89,146) | 21,636 | 63,022 | 35,713 | |
| 12/31/2040 | 23.75 | 16.46 | 188,313 | (54,648) | (91,285) | 22,155 | 64,535 | 35,251 | |
| 12/31/2041 | 24.75 | 17.46 | 192,833 | (55,960) | (93,476) | 22,687 | 66,083 | 34,795 | |
| 12/31/2042 | 25.75 | 18.46 | 197,461 | (57,303) | (95,720) | 23,231 | 67,669 | 34,344 | |
| 12/31/2043 | 26.75 | 19.46 | 202,200 | (58,678) | (98,017) | 23,789 | 69,293 | 33,900 | |
| 12/31/2044 | 27.75 | 20.46 | 207,052 | (60,086) | (100,369) | 24,360 | 70,956 | 33,462 | |
| 12/31/2045 | 28.75 | 21.46 | 212,022 | (61,529) | (102,778) | 24,945 | 72,659 | 33,029 | |
| 12/31/2046 | 29.75 | 22.46 | 217,110 | (63,005) | (105,245) | 25,543 | 74,403 | 32,601 | |
| 12/31/2047 | 30.75 | 23.46 | 222,321 | (64,517) | (107,771) | 26,156 | 76,189 | 32,180 | |
| 12/31/2048 | 31.75 | 24.46 | 227,657 | (66,066) | (110,357) | 26,784 | 78,017 | 31,763 | |
| 12/31/2049 | 32.75 | 25.46 | 233,120 | (67,651) | (113,006) | 27,427 | 79,890 | 31,352 | |
| 12/31/2050 | 33.75 | 26.46 | 238,715 | (69,275) | (115,718) | 28,085 | 81,807 | 30,947 | |
| 12/31/2051 | 34.75 | 27.46 | 244,444 | (70,938) | (118,495) | 28,759 | 83,771 | 30,546 | |
| 12/31/2052 | 35.75 | 28.46 | 250,311 | (72,640) | (121,339) | 29,449 | 85,781 | 30,151 | |
| 12/31/2053 | 36.75 | 29.46 | 256,318 | (74,383) | (124,251) | 30,156 | 87,840 | 29,761 | |
| 12/31/2054 | 37.75 | 30.46 | 262,470 | (76,169) | (127,233) | 30,880 | 89,948 | 29,376 | |
| 12/31/2055 | 38.75 | 31.46 | 268,769 | (77,997) | (130,287) | 31,621 | 92,107 | 28,996 | |
| 12/31/2056 | 39.75 | 32.46 | 275,220 | (79,869) | (133,414) | 32,380 | 94,317 | 28,621 | |
| 12/31/2057 | 40.75 | 33.46 | 281,825 | (81,785) | (136,616) | 33,157 | 96,581 | 28,251 | |
| 10/13/2058 | 41.53 | 34.25 | 225,099 | (65,324) | (109,118) | 26,483 | 77,141 | 21,919 | |
| | | | | | | | | $ 1,198,495 | |
| | | | | | | | | $ 1,535,495 | |



**Schedule Four - Lost Earnings Scenario Two-B**
**Projected earnings: as of May 2022, $122,844.80.**
**Replacement earnings: $50,000 as of April 2023 increased to $70,000 as of 9/1/23; $62,460 as of trial date.**

| Year | Years from Suspension effective date | To/From Report | Projected Wages | Taxes for Projected Wages | Mitigating Wages | Taxes for Mitigatiing Wages | Lost Wages | Lost Value | Calculation Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 29.02% | | 24.27% | | 3.74% | 7/15/2024 |
| 4/3/2017 | 0.00 | (7.28) | | | | | | | |
| 12/31/2017 | 0.74 | (6.54) | - | - | - | - | - | | |
| 12/31/2018 | 1.74 | (5.54) | - | - | - | - | - | | |
| 5/10/2019 | 2.10 | (5.18) | - | - | - | - | - | | |
| 12/31/2019 | 2.74 | (4.54) | - | - | - | - | - | | |
| 12/31/2020 | 3.75 | (3.54) | - | - | - | - | - | | |
| 12/31/2021 | 4.74 | (2.54) | - | - | - | - | - | | |
| 5/10/2022 | 5.10 | (2.18) | | | | | | | |
| 12/31/2022 | 5.74 | (1.54) | 78,621 | (22,816) | - | - | 55,805 | | |
| 12/31/2023 | 6.74 | (0.54) | 125,793 | (36,505) | (44,356) | 12,872 | 57,804 | | |
| 7/15/2024 | 7.28 | - | 69,559 | (20,186) | (20,186) | 11,233 | 21,898 | $ | 135,507 |
| **Future Loss discounted to present value as of July 15, 2024** | | | | | | | | | |
| 12/31/2024 | 7.75 | 0.46 | 59,254 | (17,195) | (29,356) | 7,125 | 19,827 | 19,495 | |
| 12/31/2025 | 8.75 | 1.46 | 131,904 | (38,278) | (63,959) | 15,523 | 45,189 | 42,829 | |
| 12/31/2026 | 9.75 | 2.46 | 135,069 | (39,197) | (65,494) | 15,896 | 46,274 | 42,275 | |
| 12/31/2027 | 10.75 | 3.46 | 138,311 | (40,138) | (67,066) | 16,277 | 47,384 | 41,728 | |
| 12/31/2028 | 11.75 | 4.46 | 141,630 | (41,101) | (68,675) | 16,668 | 48,522 | 41,188 | |
| 12/31/2029 | 12.75 | 5.46 | 145,030 | (42,087) | (70,324) | 17,068 | 49,686 | 40,655 | |
| 12/31/2030 | 13.75 | 6.46 | 148,510 | (43,098) | (72,011) | 17,477 | 50,879 | 40,129 | |
| 12/31/2031 | 14.75 | 7.46 | 152,074 | (44,132) | (73,740) | 17,897 | 52,100 | 39,610 | |
| 12/31/2032 | 15.75 | 8.46 | 155,724 | (45,191) | (75,510) | 18,326 | 53,350 | 39,098 | |
| 12/31/2033 | 16.75 | 9.46 | 159,462 | (46,276) | (77,322) | 18,766 | 54,630 | 38,592 | |
| 12/31/2034 | 17.75 | 10.46 | 163,289 | (47,386) | (79,177) | 19,217 | 55,942 | 38,093 | |
| 12/31/2035 | 18.75 | 11.46 | 167,208 | (48,524) | (81,078) | 19,678 | 57,284 | 37,600 | |
| 12/31/2036 | 19.75 | 12.46 | 171,221 | (49,688) | (83,024) | 20,150 | 58,659 | 37,113 | |
| 12/31/2037 | 20.75 | 13.46 | 175,330 | (50,881) | (85,016) | 20,634 | 60,067 | 36,633 | |
| 12/31/2038 | 21.75 | 14.46 | 179,538 | (52,102) | (87,057) | 21,129 | 61,508 | 36,159 | |
| 12/31/2039 | 22.75 | 15.46 | 183,847 | (53,352) | (89,146) | 21,636 | 62,985 | 35,692 | |
| 12/31/2040 | 23.75 | 16.46 | 188,259 | (54,633) | (91,285) | 22,155 | 64,496 | 35,230 | |
| 12/31/2041 | 24.75 | 17.46 | 192,777 | (55,944) | (93,476) | 22,687 | 66,044 | 34,774 | |
| 12/31/2042 | 25.75 | 18.46 | 197,404 | (57,287) | (95,720) | 23,231 | 67,629 | 34,324 | |
| 12/31/2043 | 26.75 | 19.46 | 202,142 | (58,661) | (98,017) | 23,789 | 69,252 | 33,880 | |
| 12/31/2044 | 27.75 | 20.46 | 206,993 | (60,069) | (100,369) | 24,360 | 70,914 | 33,442 | |
| 12/31/2045 | 28.75 | 21.46 | 211,961 | (61,511) | (102,778) | 24,945 | 72,616 | 33,009 | |
| 12/31/2046 | 29.75 | 22.46 | 217,048 | (62,987) | (105,245) | 25,543 | 74,359 | 32,582 | |
| 12/31/2047 | 30.75 | 23.46 | 222,257 | (64,499) | (107,771) | 26,156 | 76,144 | 32,160 | |
| 12/31/2048 | 31.75 | 24.46 | 227,591 | (66,047) | (110,357) | 26,784 | 77,971 | 31,744 | |
| 12/31/2049 | 32.75 | 25.46 | 233,053 | (67,632) | (113,006) | 27,427 | 79,842 | 31,334 | |
| 12/31/2050 | 33.75 | 26.46 | 238,647 | (69,255) | (115,718) | 28,085 | 81,759 | 30,928 | |
| 12/31/2051 | 34.75 | 27.46 | 244,374 | (70,917) | (118,495) | 28,759 | 83,721 | 30,528 | |
| 12/31/2052 | 35.75 | 28.46 | 250,239 | (72,619) | (121,339) | 29,449 | 85,730 | 30,133 | |
| 12/31/2053 | 36.75 | 29.46 | 256,245 | (74,362) | (124,251) | 30,156 | 87,788 | 29,743 | |
| 12/31/2054 | 37.75 | 30.46 | 262,395 | (76,147) | (127,233) | 30,880 | 89,895 | 29,359 | |
| 12/31/2055 | 38.75 | 31.46 | 268,692 | (77,974) | (130,287) | 31,621 | 92,052 | 28,979 | |
| 12/31/2056 | 39.75 | 32.46 | 275,141 | (79,846) | (133,414) | 32,380 | 94,261 | 28,604 | |
| 12/31/2057 | 40.75 | 33.46 | 281,744 | (81,762) | (136,616) | 33,157 | 96,524 | 28,234 | |
| 10/13/2058 | 41.53 | 34.25 | 225,035 | (65,305) | (109,118) | 26,483 | 77,095 | 21,906 | |
| | | | | | | | | $ | 1,197,784 |
| | | | | | | | | $ | 1,333,291 |



**APPENDIX A**





**111 Veterans Blvd.**

**Heritage Plaza Suite 600**

**Metairie, Louisiana 70005**

504.835.5522 | fax 504.835.5535

email | hsharp@laporte.com

## C U R R I C U L U M   V I T A E

## HOLLY SHARP, CPA, CFE, CFF

| | |
|---|---|
| **BACKGROUND** | Holly is a Shareholder and Director of Consulting with LaPorte CPAs & Business Advisors.  Holly joined the firm in 1980.  Holly served as an Adjunct Professor of Taxation at A. B. Freeman School of Business, Tulane University from 1999 through 2022. |
| **EDUCATION** | M.S. Tax Accounting, University of New Orleans (1981) |
| | B.S. Business Management, Tulane University (1979) |
| **PROFESSIONAL AFFILIATIONS** | American Institute of Certified Public Accountants |
| | *Member, Economic Damages Advisory Panel* |
| | Society of Louisiana Certified Public Accountants |
| | New Orleans Estate Planning Council, *Past President* |
| | New Orleans Association of Certified Fraud Examiners*, Past Officer* |
| | Women's Professional Council, *Past President* |
| | Tulane Association of Business Alumni, *Past President* |
| **CIVIC AFFILIATIONS** | Center for Development and Learning, *Past Board Chairman, Board Member* |
| | The Cultural Landscape Foundation, *Board Member and Treasurer* |
| | St. Charles Avenue Presbyterian Church, *Elder and 2020 Stewardship Chairman* |
| | St. Charles Avenue Association, *Board Member and Treasurer* |
| | Parking Facilities Corporation, *Board Member and Secretary* |
| | Preservation Resource Center, *Past President* |
| | New Orleans Charter Science and Mathematics High School, *Past Board Member and Treasurer* |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 2*

| | |
|---|---|
| **AWARDS** | New Orleans CityBusiness *2006 Women of the Year* |
| | A. B. Freeman School of Business, Tulane University *2001 Outstanding Accounting Alumna* |
| | Louise S. McGehee School *1994 Outstanding Alumna* |
| **RANGE OF EXPERIENCE** | Experience includes extensive consulting work in the areas of taxation for individuals, corporations and other entities, as well as financial planning, estate planning, and business succession planning.  Litigation experience includes testimony and forensic accounting services in accounting, financial, economic and business issues.  Ms. Sharp is a Certified Public Accountant, Certified Fraud Examiner and Certified in Financial Forensics. |
| **EMPLOYMENT HISTORY** | LaPorte CPAs and Business Advisors..........................1981- present |
| | Tulane University: ...........................................................1999 - 2022 |
| **FEE SCHEDULE** | Holly Sharp, CPA, CFE, CFF...........................................$425 per hour except for deposition.  Deposition rate is $500 per hour. |
| | Income Directors……………………………….....$350 per hour |
| | Senior Accountants and Managers...................................$180 to $275 per hour |
| | Staff Accountants…………………………………….$135 per hour |
| **PUBLICATIONS PAST 10 YEARS** | *Measuring Damages Involving Individuals,* AICPA, 2013. |
| | *Attaining Reasonable Certainty in Economic Damages Calculations,* AICPA, 2015. |
| | *Specialized Forensic Accounting Education: Individual Damages Concepts and Calculations,* AICPA, 2018. |
| | *Calculating Lost Profits*, AICPA, 2019. |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 3*

**SPEECHES**
**Past 10 Years**

"Advanced Topics in Personal Injury Calculations" *AICPA Forensic & Valuation Services Conference,* November 12, 2012.

"Understanding and Calculating Lost Profits Damage" *LSU Fraud and Forensic Accounting Conference,* July 29, 2013.

"Calculation of Damages Involving Individuals" *2013 Forensic & Litigation Services Workshop,* October 25, 2013.

"Discount Rates and Economic Damages" *2013 Forensic & Litigation Services Workshop,* October 25, 2013.

"Personal Injury Damages" *2013 AICPA Forensic and Valuation Conference,* November 12, 2013.

"Reporting and Communicating Results in Forensic Accounting Assignments" *2013 AICPA Forensic and Valuation Conference,* November 12, 2013.

"Damage Calculation for Personal Injury" *2015 AICPA Forensic and Valuation Conference,* November 8, 2015.

"Everything you wanted to know about Basis- and a Little More!" *Loyola 2015 Annual Estate Planning Conference,* December 3, 2015.

"Attaining Reasonable Certainty in Damages Calculations" *2016 Forensic & Litigation Services Workshop,* October 28, 2016.

"Forensic Accounting Issues with Trust and Estates" AICPA *2016 Forensic & Valuation Services Conference,* November 7, 2016.

"Damages Calculations for Individuals" AICPA *2016 Forensic & Valuation Services Conference,* November 7, 2016.

"Healthcare Fraud" TAHRA, April 28, 2017 and HFMA South Texas Annual Meeting, May 23, 2017.

"Forensic Accounting Issues that Arise in Litigation" Louisiana State Bar Association Continuing Legal Education Program, August 25, 2017.

"Working Together: The Vocational and Forensic Experts" International Association of Rehabilitation Professions Louisiana, February 21, 2019.

"Forensic Accounting Concepts in the Covid-19 World" AICPA, August 19, 2020.

"Forensic Accounting Issues in Estates and Trusts" Loyola 2022 Estate Planning Conference, December 2, 2022.

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 4*

## EXPERT WITNESS TESTIMONY PAST 4 YEARS

| | |
|---|---|
| Pontchartrain Natural Gas System, et al. v. Texas Brine Company, LLC | 2019 deposition and trial testimony<br>*Expert CPA* |
| Fanny Farms et al. v. Plaquemines Parish Government | 2019 deposition testimony |
| Hornbeck Offshore Services, LLC and VT Halter Marine, Inc. | 2019 Arbitration testimony<br>*Expert in Accounting, Forensic Accounting, Economic and Financial Damage Calculation, Economic and Financial Projections* |
| Warren Lester, et al. v. Exxon Mobil, et al. | 2019 deposition testimony |
| Hunter William Foote, Jr. v. Dudley S. Burwell, M.D. et al. | 2019 trial testimony<br>*Expert in Economic Loss Calculation* |
| Steven Dowden v. Sean Pastor, Venture Marketing, and Nationwide Agribusiness Insurance Company | 2019 trial testimony<br>*Expert in Economic Loss Calculation; Expert in Tax Accounting* |
| Gulf Marine Fabricators, LP v. Walter Oil & Gas Corporation, et al. | 2020 deposition testimony |
| Patricia Monzingo et al. v. John Flories, et al. | 2020 deposition testimony |
| Linda Bombardier v. Richard Clasen, et al. | 2020 trial testimony<br>*Expert in forensic economics* |
| Manjit Sangha v. Navig8 Ship Management PTE Ltd And Navig8 Group | 2020 trial testimony<br>*Expert in economic loss calculation* |
| Jason Meador v. Starr Indemnity & Liability Co. | 2020 deposition testimony |
| Succession of Madeline Dale Wood Tonti | 2020 deposition testimony |
| WWII Theatre, Inc. v. DeSimone Consulting Engineering Group, LLC, et al. | 2021 deposition testimony |
| West Monroe Hyundai, L.L.C. v. Timothy M. Brandon, Architect, A.P.C., et al. | 2021 deposition testimony |
| Darren Michael Shields, et al. v. State Farm Mutual Automobile Insurance Company | 2021 deposition and trial testimony<br>*Expert in Accounting; Expert in Damage Calculation* |
| Michael Fuselier, et al. v. Everest National Insurance Co., et al. | 2021 deposition testimony |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 5*

**EXPERT WITNESS TESTIMONY** – *Continued*

| | |
|---|---|
| Louisiana Newpack Shrimp, Inc. vs. Ocean Feast of China, Ltd., et al. | 2021 trial testimony<br>*Expert CPA, Expert in Forensic Accounting, Expert CFE* |
| Christopher and Lynn Gresham v. Donna Dufour, et al. | 2021 deposition testimony |
| Christian Garza v. Take5, LLC, et al. | 2021 deposition testimony |
| Linda L. Foley v. Judy L. Davis, Trustee | 2022 trial testimony<br>*Court appointed Expert in Accounting* |
| Christopher and Lynn Gresham v. Donna Dufour, et al. | 2022 trial testimony<br>*Expert in Economic Loss Calculation* |
| Patricia Monzingo et al. v. John Flories, et al. | 2022 trial testimony<br>*Expert in Economic Loss Calculation* |
| Charles Pizzolato v. Priority Energy Services, LLC | 2022 deposition testimony |
| Fanny Farms LLC, et al. v. Plaquemines Parish Gov. | 2022 trial testimony<br>*Expert in Accounting; Expert in Economic Loss Calculation* |
| Archer Daniels Midland Company, et al. v. M/T American Liberty, et al. | 2022 deposition testimony |
| Billy D. Olivier vs. Exxon Mobil Corporation | 2022 trial testimony<br>*Expert in Economic Loss Calculation* |
| Thomas J. Mayeux vs. Thyssenkrupp Elevator Corp. | 2022 deposition testimony |
| The Board of Commissioners of the Port of New Orleans vs. M/V CMA GGM Bianca, et al. | 2022 deposition testimony |
| John Carter Stamm vs. Lion Graphics | 2022 deposition testimony |
| Manta Ray Gathering Company, LLC vs. Eni Petroleum US and Eni Trading & Shipping, Inc. | 2022 deposition testimony |
| JC Beauty Depot LLC vs. Bankers Insurance Company | 2022 deposition testimony |
| Noi Courville, et al. v. CITGO Petroleum Corporation, et al. | 2023 deposition testimony |
| In the Matter of Arbitration between<br>Texas Brine Company, LLC vs. Occidental Chemical Corp. | 2023 deposition testimony<br>2023 arbitration testimony<br>*Expert in Accounting* |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 6*

| | |
|---|---|
| Kevin Lacombe v. Protective Insurance Co., et al. | 2023 deposition testimony |
| Hollie Lalonde vs. Greenwood Motor Line, Inc., et al. | 2023 deposition testimony |
| Brigid "Bridie" Farrell vs. The United States Olympic Committee & Paralympic Committee, et al. | 2023 deposition testimony |
| Hadrian Properties, L.L.C. vs. Dubendorfer, L.L.C. and Patrick Dubendorfer | 2023 deposition testimony |
| Michael Hymel vs. Georgia-Pacific Consumer Products, et al. | 2023 deposition testimony |
| Dr. Stephen D. Cook vs. Preston L. Marshall | 2023 deposition testimony |
| Carver Theatre, LLC, et al. vs Kristen Melancon, et al. | 2023 arbitration testimony *Expert in Accounting* |
| Ellsworth Corporation vs. Command Construction LLC, et al. | 2023 deposition testimony |
| In the matter of the Denise Villere Schimek Trust | 2023 trial testimony *Court Appointed Accountant* |
| C.D.W. Services, LLC vs. New Bridge Partners, LLC | 2023 trial testimony *Expert in Accounting* |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

**APPENDIX B**

**Sources of Information Considered**

In preparing my expert report, I considered the following documents and publications:

1.  Second Amended Complaint Jury Trial Demanded;
2.  Order Granting Plaintiff's Motion to Proceed Pseudonymously;
3.  Affidavit of plaintiff;
4.  Disciplinary letters from the University of Mississippi, dated April 4, 2017 and April 27, 2017;
5.  High School transcripts of plaintiff;
6.  Report of Nancy Favaloro, dated May 20, 2019 ("Favaloro Report");
7.  Report of Nancy T. Favaloro, MS, CRC dated November 20, 2023 ("Favaloro Supplemental Report");
8.  Offer of Employment dated March 13, 2023 (redacted);
9.  Pay Statements for pay period ending April 16, 2023 (redacted);
10. Pay Statement for pay period ending October 15, 2023 (redacted);
11. Federal Reserve Bank of Philadelphia, Livingston Survey December 21, 2018;
12. "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors" by Gary Skoog, James Ciecka, and Kurt Krueger, Journal of Forensic Economics, August 2011 Vol. 22, No. 2;
13. Board of Governors of the Federal Reserve System, Selected Interest Rates, https://www.federalreserve.gov/releases/h15/;
14. https://www.irs.com: Federal income tax brackets and Social Security and Medicare tax rates;
15. Economic Report of the President, March 2019.
16. *Determining Economic Damages* by Gerald D. Martin and Ted Vavoulis.
17. *Determining Economic Damages* by Stanley P. Stephenson and David A Macpherson.
18. *Measuring Damages Involving Individuals*, AICPA Forensic & Valuation Services Practice Aid by Holly Sharp, CPA, CFE, CFF;
19. *Income Tax Planning* by Thomas P. Langdon, E. Vance Grange, and Michael A. Dalton, 1st through 12th editions;
20. "Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of Mississippi," by Carl G. Brooking, Blakely Fox Fender, and Harvey L. Fiser, *Journal of Forensic Economics* Vol. XVII, No. 1;
21. "Update to Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: the State of Mississippi," by Carl G. Brooking, Blakely Fox Fender, and Harvey L. Fiser, Journal of Forensic Economics Vol. XXVI, No. 2.

