# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ANDREW DOE**                                                           **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 3:18-CV-138-DPJ-ASH**

**STATE OF MISSISSIPPI; THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING ("IHL"), ET AL.**         **DEFENDANTS**

## DEFENDANTS' MOTION TO FILE UNDER RESTRICTIVE STATUS

Defendants respectfully request the Court's permission to file certain memoranda and exhibits under restricted status. In support, Defendants state as follows:

1. On the same day he filed his original Complaint, Plaintiff Andrew Doe filed a "Motion to Proceed Pseudonymously." [Doc. 4]. The Court granted that request, and it later entered an Agreed Protective Order allowing the parties to designate certain documents as "Confidential." Order [Doc. 7]; Agreed Protective Order [Doc. 101].

2. While the parties have disagreed about the scope of these two orders at length, Defendants redacted some portions of earlier filings and asked for unredacted versions and exhibits marked "Confidential" under the terms of the Protective Order to be filed under Restricted Status. *See* [Docs. 178; 197].

3. Pursuant to the terms of the Court's text-only Order of September 15, 2023, Defendants have filed certain dispositive and expert motions containing information and exhibits similar to those Defendants previously sought to file under Restricted Status.

4. Out of an abundance of caution and to avoid further delay and expense, Defendants respectfully request the Court to allow the following documents to be filed under restricted status:

- Unredacted copy of Defendants' Brief in Support of their Second Motion for Summary Judgment (redacted copy filed at [Doc. 270]);

- Exhibits A, B, and C to Defendants' Second Motion for Summary Judgment;

- Unredacted copy of Defendants' Brief in Support of their Renewed Motion to Exclude Proposed Testimony of Nancy Favaloro and Holly Sharp (redacted copy filed at [Doc. 272]);

- Exhibits 1, 4, and 5 to Defendants' Renewed Motion to Exclude Proposed Testimony of Nancy Favaloro and Holly Sharp;

- Unredacted copy of Defendants' Brief in Support of their Motion to Exclude Expert Testimony of Travis Hill (redacted copy filed at [Doc. 274]);

- Exhibits 1, 2, and 3 to Defendants' Motion to Exclude Expert Testimony of Travis Hill;

- Unredacted copy of Defendants' Brief in Support of their Motion to Preclude Plaintiff's Use of Pseudonym at Trial (redacted copy filed at [Doc. 276]); and

- Exhibit 2 to Motion to Preclude Plaintiff's Use of Pseudonym at Trial.

5. Defendants will provide the Court with unredacted copies of these materials separately via email.

6. Due to the straightforward nature of this Motion, Defendants request that they be relieved from filing an accompanying memorandum under Local Uniform Civil Rule 79(e)(4).

FOR THESE REASONS, Defendants respectfully request the Court to allow them to file the above-referenced documents under Restricted Status. Defendants request such other relief as the Court deems appropriate under the circumstances.

THIS, the 8th day of March, 2024.

        Respectfully submitted,

        **STATE OF MISSISSIPPI; THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING ("IHL"); THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; C.D. SMITH, JR.; SHANE HOOPER; TOM DUFF; DR. FORD DYE; ANN H. LAMAR; DR. ALFRED E. MCNAIR, JR.; CHIP MORGAN; HAL PARKER; ALAN W. PERRY; CHRISTY PICKERING; DR. DOUG ROUSE; DR. J. WALT STARR; GLENN F. BOYCE; JEFFREY S. VITTER**

        */s/ Paul B. Watkins, Jr.*
        J. CAL MAYO, JR. (MB NO. 8492)
        PAUL B. WATKINS, JR. (MB NO. 102348)
        J. ANDREW MAULDIN (MB NO. 104227)
        ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road
Oxford, Mississippi 38655
Tel: (662) 236-0055
cmayo@mayomallette.com
pwatkins@mayomallette.com
dmauldin@mayomallette.com