

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANDREW DOE**                                               **PLAINTIFF**

V.                                       **CIVIL ACTION NO. 3:18-CV-138-DPJ-ASH**

**STATE OF MISSISSIPPI; THE UNIVERSITY OF
MISSISSIPPI; STATE INSTITUTIONS OF HIGHER
LEARNING ("IHL"), ET AL.**                            **DEFENDANTS**

## NOTICE OF CONVENTIONAL FILING

Defendants submit the following documents to be filed electronically under restriction of the Office of the Clerk pursuant to Order filed on March 12, 2024.

- Unredacted copy of Defendants' Brief in Support of their Second Motion for Summary Judgment [Doc.270];

- Exhibits A, B, and C to Defendants' Second Motion for Summary Judgment;

- Unredacted copy of Defendants' Brief in Support of their Renewed Motion to Exclude Proposed Testimony of Nancy Favaloro and Holly Sharp (redacted copy filed at [Doc.272]);

- Exhibits 1, 4, and 5 to Defendants' Renewed Motion to Exclude Proposed Testimony of Nancy Favaloro and Holly Sharp;

- Unredacted copy of Defendants' Brief in Support of their Motion to Exclude Expert Testimony of Travis Hill (redacted copy filed at [Doc. 274]);

- Exhibits 1, 2, and 3 to Defendants' Motion to Exclude Expert Testimony of Travis Hill;

- Unredacted copy of Defendants' Brief in Support of their Motion to Preclude Plaintiff's Use of Pseudonym at Trial (redacted copy filed at [Doc. 276]); and

- Exhibit 2 to Motion to Preclude Plaintiff's Use of Pseudonym at Trial.

These documents will be electronically filed through ECF by the Clerk of the Court with restricted access to the parties.

THIS, the 13th day of March, 2024.

Respectfully submitted,

**STATE OF MISSISSIPPI; THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING ("IHL"); THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; C.D. SMITH, JR.; SHANE HOOPER; TOM DUFF; DR. FORD DYE; ANN H. LAMAR; DR. ALFRED E. MCNAIR, JR.; CHIP MORGAN; HAL PARKER; ALAN W. PERRY; CHRISTY PICKERING; DR. DOUG ROUSE; DR. J. WALT STARR; GLENN F. BOYCE; JEFFREY S. VITTER**

_____
J. CAL MAYO, JR. (MB NO. 8492)
PAUL B. WATKINS, JR. (MB NO. 102348)
J. ANDREW MAULDIN (MB NO. 104227)
**ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:

**MAYO MALLETTE PLLC**
5 University Office Park
2094 Old Taylor Road
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com
dmauldin@mayomallette.com