UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANDREW DOE                                                                                              PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:18-CV-138-DPJ-ASH

THE UNIVERSITY OF MISSISSIPPI, ET AL.                                                         DEFENDANTS

ORDER

Following the June 25, 2024 Pretrial Conference in this case, the parties reached out to the undersigned's chambers to set the case for a final settlement conference before trial. That conference is set for Thursday, July 18, 2024. In preparation for and prior to the settlement conference, the Court requires Plaintiff to have tendered at least one settlement demand, and Defendants to have tendered at least one counter-offer, since the June 25, 2024 Pretrial Conference. The failure to comply in good faith with this Order may result in sanctions, such as the assessment against the noncomplying party, attorney, or both, of reasonable fees and expenses incurred by the other parties in attending the settlement conference.

**SO ORDERED AND ADJUDGED** this the 16th day of July, 2024.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE