

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

                                        PLAINTIFF

V.                                      CIVIL ACTION NO. 3:18-cv-138-DPJ-ASH

UNIVERSITY OF MISSISSIPPI, ET AL.                             DEFENDANTS

## VERDICT FORM

In returning your verdict in this case, you are to consider all facts and instructions of law given to you and then return your verdict by completing this form. When a unanimous verdict has been reached, write your answers to the following questions on this form and then notify the bailiff that you have reached your verdict.

1.    Do you find that Plaintiff _____ has proven, by a preponderance of the evidence, that Defendants discriminated against him on the basis of his gender in violation of Title IX?

    ____ YES                     X  NO

If you answered "NO" to Question 1, you are finished. If you answered "YES" to Question 1, answer Questions 2 and 3.

2.    What sum of money, if paid now in cash, would compensate Plaintiff for damages Defendants caused him for the loss of educational opportunities or benefits, if any? Answer in dollars and cents.

    $_____

3.    Have Defendants proven by a preponderance of the evidence that Plaintiff failed to mitigate his damages?

    ____ YES                     ____ NO

If your answer is "YES," answer Question 4. If it is "NO," you are finished.

4. By what dollar amount, if any, should Plaintiff's damages be reduced because of his failure to act reasonably to avoid or minimize his damages? Answer in dollars and cents:

$_____

**So say we, the Jury:**

Foreperson                                          ___8/16/24___
                                                    Date