IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANDREW DOE**                                                                                 **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 3:18-cv-138-DPJ-ASH**

**STATE OF MISSISSIPPI; THE UNIVERSITY OF
MISSISSIPPI; STATE INSTITUTIONS OF HIGHER
LEARNING ("IHL"), ET AL.**                                                **DEFENDANTS**

**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**

Plaintiff Andrew Doe ("Plaintiff") acknowledges satisfaction of the Amended Final Judgment [Doc. 347] entered on May 27, 2025, by the United States District Court for the Southern District of Mississippi, bearing cause number 3:18-CV-138-DPJ-ASH, and styled *Andrew Doe v. State of Mississippi., et al.* Plaintiff avers that no other sums are due and owing from Defendants under the Amended Judgment. The United States District Court Clerk may spread upon the minutes of its docket book and judgment roll an entry that Defendants have satisfied and are forever discharged from the Judgment.

WITNESS MY SIGNATURE, this the 30th day of June 2025.

                                                    Respectfully submitted,

                                                    **ANDREW DOE**

                                                  *s/ Michelle T. High*
                                                  Michelle T. High (MSB #100663)
                                                  WEISBROD MATTEIS & COPLEY, PLLC
                                                  1000 Highland Colony Parkway, Suite 5203
                                                  Ridgeland, Mississippi 39157
                                                  Telephone: 601.803.5002
                                                  mhigh@wmclaw.com

J. Lawson Hester (MSB # 2394)
Cranfill Sumner, LLP
5420 Wade Park Blvd., #300
Raleigh, NC 27607
Telephone: 918.828.5100
Email: lhester@cshlaw.com

*Attorneys for Plaintiff*